# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144055(83)

DEVON SCOTT BAILEY,
        Plaintiff-Appellee/
        Cross-Appellant,

v

STEVEN GEROME SCHAAF,
        Defendant,
and

T.J. REALTY, INC., d/b/a HI-TECH
PROTECTION, TIMOTHY JOHNSON,
CAPTAIN WILLIAM BOYD BAKER,
CHRISTOPHER LEE CAMPBELL,
        Defendants-Appellees,
and

EVERGREEN REGENCY TOWNHOMES,
LTD., and RADNEY MANAGEMENT &
INVESTMENTS,
        Defendants-Appellants/
        Cross-Appellees.
_____

SC: 144055
COA: 295801
Genesee CC: 07-087454-NO

On order of the Chief Justice, the motion by Michigan Defense Trial Counsel for extension of the time for filing their brief *amicus curiae* is considered and it is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2013

_____
Clerk